

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00135-CV

**C & B HOLDINGS LLC**,
Appellant

v.

Claudia G. **MONTEMAYOR**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVI002522D3
Honorable David E. Garcia, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: November 15, 2023

DISMISSED FOR WANT OF PROSECUTION

On October 10, 2023, the trial court clerk filed a notification of late record, stating that appellant had failed to pay the fee or make arrangements to pay the fee for preparing the clerk's record, and that appellant was not entitled to preparation of the clerk's record without paying the fee. On the same day, we ordered appellant to provide written proof to this court by October 27, 2023, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We warned that if appellant failed to respond, this appeal would be dismissed for want of prosecution. Appellant

failed to respond. We, therefore, dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to pay or make arrangements to pay the fee for preparing the clerk's record); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order).

PER CURIAM